UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ralph deToledano, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>John D. O'Connor, )<br>William Mark Felt, Jr., and )<br>William Mark Felt, Sr., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06CV01214 (JDB) |

**CONSENT MOTION TO ENLARGE TIME
TO RESPOND TO COMPLAINT**

Defendants, pursuant to Fed.R.Civ.P. 6(b), respectfully move for enlargement of the time for defendants to file pleadings or motions in response to the complaint, to and including August 31, 2006, and in support thereof state:

Plaintiff and his counsel have given their consent to this motion.  (Plaintiff's counsel has further consented to file this motion electronically as an accommodation to defendants, who have not all retained counsel in this District or otherwise acquired the capability to file electronically in this Court.)

Defendants, who reside in California and Florida, have been seeking counsel to represent them in this Court, and such counsel will require additional time to become familiar with the case and its underlying facts.  To date, one of the defendants has succeeded in engaging counsel.

Wherefore, defendants respectfully request that the Court grant the enlargement of time,

- 2 -

and enter an order in the form submitted with this motion.

                                        Respectfully submitted,

                                        _____
                                        Theodore S. Allison (D.C. Bar #441089)
                                        1920 N Street, N.W., Suite 300
                                        Washington, D.C.  20036
                                        Telephone (202) 331-7600

                                        Attorneys for Plaintiff

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ralph deToledano, an individual,         ) | |
| ) | Civil Action No. 1:06CV01214 (JDB) |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.         ) | |
| ) | |
| John D. O'Connor,         ) | |
| William Mark Felt, Jr., and         ) | |
| William Mark Felt, Sr.,         ) | |
| ) | |
| Defendants.         ) | |

**ORDER**

THE COURT having considered the consent motion of defendants for enlargement of the time for defendants to file pleadings or motions in response to the complaint, to and including August 31, 2006, plaintiff having given consent to this relief, and good cause appearing,

IT IS ORDERED that defendants shall have until, and including, August 31, 2006 to file pleadings or motions in response to the complaint in this action.

IT IS SO ORDERED.

Dated: _____        _____
                                                                    UNITED STATES DISTRICT JUDGE