UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RALPH deTOLEDANO,           )
                            )
    Plaintiff,              )
                            )
v.                          )    Civil No. 1:06CV01214 (JDB)
                            )
JOHN D. O'CONNOR, *et al.*  )
                            )
    Defendants.             )

### MOTION FOR ADMISSION PRO HAC VICE
### WITH APPENDED DECLARATION BY APPLICANT

Counsel for Defendant Mark Felt, Jr., accompanied by member of this Court Craig J. Franco, hereby moves for admission *pro hac vice* pursuant to Local Rule 83.2. Counsel states as follows:

(a) The name of the applicant for *pro hac vice* admission is Timothy J. McEvoy

(b) The applicant's address and phone number is set forth below at the signature line of this pleading.

(c) The applicant is a member in good standing of the Bar of the United States District Courts for the Eastern and Western Districts of Virginia, the District of Maryland, the United States Court of Appeals for the Fourth Circuit, and the State Bars of Virginia and Maryland.

(d) The applicant has never been disciplined by any Bar.

(e) The applicant has not moved for admission *pro hac vice* in this Court within the preceding two year period.

(f) The applicant does not maintain an office in the District of Columbia.

WHEREFORE, the undersigned hereby moves for the admission of Timothy J. McEvoy,



Odin Feldman Pittleman PC

9302 Lee Highway, Suite 1100 Fairfax, VA 22031-1214
703-218-2100

*pro hac vice*, as counsel for Mark Felt, Jr. in this matter.

                                                  MARK FELT, JR.
                                                  By Counsel

_____
Craig J. Franco, Esq., D.C. Bar #461046
Timothy J. McEvoy, Esq., motion for admission *pro hac vice* pending
Odin, Feldman & Pittleman, P.C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
(703) 218-2149
(703) 218-2160 (Facsimile)

Counsel for Mark Felt, Jr.

## DECLARATION OF NON-MEMBER

    I, Timothy J. McEvoy, do hereby declare under penalty of perjury that the foregoing is true and correct. Executed in Fairfax, Virginia, this 31st day of July, 2006.

_____
Timothy J. McEvoy

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served via electronic mail (pdf) and first-class United States mail, postage prepaid, this 31st day of July, 2006, to:

Theodore K. Allison, Esq. (tsallison@karrallison.com)
1920 N Street, N.W., Suite 400
Washington, D.C. 20036

John D. O'Connor  (by mail only)
287 Makin Grade
Kentfield, California 94904

William Mark Felt, Sr. (by mail only)
2309 Redford Place
Santa Rosa, California 95403-8935

_____
Craig J. Franco

N:\Data\Client\40000-40999\40465\New Matters\Felt Jr\Pro Hac.doc



Odin
Feldman
Pittleman PC

9302 Lee Highway, Suite 1100  Fairfax, VA 22031-1214
703-218-2100