UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RALPH deTOLEDANO,            )
                             )
    Plaintiff,               )
                             )
v.                           )    Civil No. 1:06CV01214 (JDB)
                             )
JOHN D. O'CONNOR, *et al.*   )
                             )
    Defendants.              )

## MOTION TO ENLARGE TIME

Defendant Mark Felt, Jr., by counsel, hereby joins in Plaintiff's Consent Motion to Enlarge Time To Respond To Complaint such that Felt, Jr.'s responsive pleadings shall not be due until August 31, 2006. This motion is being filed prior to the date any responsive pleading would otherwise be due, and Plaintiff consents to this motion.

WHEREFORE, Defendant Mark Felt, Jr., by counsel, moves this Honorable Court to enter an order enlarging the time by which his responsive pleadings must be filed herein to, and including, August 31, 2006, and for such further relief as justice may require.

                            MARK FELT, JR.
                            By Counsel

_____
Craig J. Franco, Esq., D.C. Bar #461046
Timothy J. McEvoy, Esq., motion for admission *pro hac vice* pending
Odin, Feldman & Pittleman, P.C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
(703) 218-2149
(703) 218-2160 (Facsimile)

Counsel for Mark Felt, Jr.


Odin Feldman Pittleman PC

9302 Lee Highway, Suite 1100 Fairfax, VA 22031-1214
703-218-2100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Enlarge Time was served via electronic mail (pdf) and first-class United States mail, postage prepaid, this 31st day of July, 2006, to:

Theodore K. Allison, Esq. (tsallison@karrallison.com)
1920 N Street, N.W., Suite 400
Washington, D.C. 20036

John D. O'Connor (by mail only)
287 Makin Grade
Kentfield, California 94904

William Mark Felt, Sr. (by mail only)
2309 Redford Place
Santa Rosa, California 95403-8935

_____
Craig J. Franco

N:\Data\Client\40000-40999\40465\New Matters\Felt Jr\Motion to Enlarge Time.doc

Odin Feldman Pittleman PC
9302 Lee Highway, Suite 1100  Fairfax, VA 22031-1214
703-218-2100