AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RALPH deTOLEDANO,

    Plaintiff(s)

vs.

JOHN D. O'CONNOR, et al.

    Defendant(s)

**APPEARANCE**

CASE NUMBER    1:06CV01214 (JDB)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Kerrie L. Hook__ as counsel in this
                      (Attorney's Name)

case for: __John D. O'Connor, et al.__
        (Name of party or parties)

August 31, 2006
Date

_/s/ Kerrie L. Hook_
Signature

421289
BAR IDENTIFICATION

Kerrie L. Hook
Print Name

3050 K Street NW, Suite 400
Address

Washington   DC   20007
City    State    Zip Code

(202) 342-8890
Phone Number