UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

RALPH DE TOLEDANO, an individual,    Case No.  1:06CV01214 JDB

    Plaintiff

    v.

John D. O'Connor, Esq.;
William Mark Felt, Jr.;
William Mark Felt, Sr.

## NOTICE OF CHANGE

I, the undersigned, counsel of record for defendants, herby notify the Clerk of my change of name from Kerrie L. Hook to Kerrie L. Campbell and the change of our firm name and address from Collier Shannon Scott, PLLC, to Kelley Drye Collier Shannon, Washington Harbour, Suite 400, 3050 K Street, NW, Washington, DC 20007-5108.

_____
Kerrie L. Campbell, Esq. (DC Bar No. 421289)
**KELLEY DRYE COLLIER SHANNON**
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007-5108
Telephone:  (202) 342-8400
Facsimile:  (202) 342-8451

Attorneys for Defendant
JOHN D. O'CONNOR and
WILLIAM MARK FELT, SR.

## CERTIFICATE OF SERVICE

I hereby certify that on September _5_, 2006, a true and correct copy of the Notice of Change was served via regular mail to following counsel of record:

Theodore Allison
Karr & Allison
1920 N. Street, N.W., Suite 300
Washington, DC 20036
ATTORNEY FOR PLAINTIFF

Craig Franco
Timothy McEvoy
Odin, Feldman & Pittleman
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
ATTORNEY FOR MARK FELT, JR.

_____/s/ Campbell_____
Kerrie L. Campbell, Esq.