

**HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN**

*A Professional Corporation*

February 18, 2005

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
www.howardrice.com

Writer's Information:
 John D. O'Connor
 Direct: 415.765.4676
 joconnor@howardrice.com

VIA FEDEX

Ralph de Toledano
500 23rd Street N.W.
Washington, DC 20037

Re:  Mark Felt; FBI Pyramid

Dear Mr. de Toledano:

Enclosed is a check for $5,000 as payment for the rights to any and all copyright interest you have in The FBI Pyramid, previously transferred to our clients.

Please excuse the delay.

Sincerely,

John D. O'Connor

JDO/sem
WD 021805/1-152950001/1200819/v1

