

# HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

*A Professional Corporation*

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
*www.howardrice.com*

Writer's Information:

John D. O'Connor
Direct: 415.765.4676
*joconnor@howardrice.com*

May 1, 2006

BY FEDERAL EXPRESS

Ralph de Toledano
500 23rd Street N.W.
Washington, DC 20037

    Re:    FBI Pyramid

Dear Mr. de Toladano :

    Enclosed are checks totaling $5,000 per the contract.

Sincerely,

John D. O'Connor

JDO/jsm
enclosures

W03 152950001/1279040/v1



