## Declaration of Theodore S. Allison

I, Theodore S. Allison, declare:

1. I am one of the attorneys for plaintiff Ralph deToledano in this action, and make this declaration in support of plaintiff's memorandum opposing defendants' motion for a stay pending arbitration, and plaintiff's motion for an order staying arbitration. All of the facts stated in this declaration are true, and within my personal knowledge.

2. Filed with this declaration are true and complete (except where excerpted, as indicated) copies of the following documents:

- Exhibit D is an excerpt from the out-of-print FBI Pyramid from the Inside, comprising the title page and pages 224-27;
- Exhibit E is a mortgage from Alachua County, Florida public records, signed by Mark Felt, Jr.;
- Exhibit F is another mortgage from Alachua County, Florida public records, signed by Mark Felt, Jr.;
- Exhibit G is John O'Connor's biography from "Premier Speakers Bureau," on the worldwide web at http://premierespeakers.com/4692/index.cfm.
- Exhibit H is an article that appeared in the FOX News on-line service on or about June 1, 2005;
- Exhibit I is an article that appeared in the Indianapolis Star newspaper, online edition, on June 30, 2005.
- Exhibit J is an excerpt containing the relevant pages from a notice plaintiff received shortly after June 27, 2006 from JAMS, showing the JAMS rule that attorneys for parties are deemed to agree to be responsible for all arbitration fees, and showing the $**6,000** daily fee of the appointed arbitrator.
- Exhibit K is an article that appeared in the Washington Post online edition on June 16, 2005.

3. As counsel for Mr. deToledano, I am holding the original checks representing the second $5,000 which I understand Mr. O'Connor sent to Mr. deToledano. I received these checks from another lawyer representing Mr. deToledano, and they have never been negotiated, deposited or cashed.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 11, 2006, at Washington, District of Columbia.

_____
Theodore S. Allison