

W. Mark Felt

# THE FBI PYRAMID
# From the Inside

by
W. MARK FELT

G. P. PUTNAM'S SONS
NEW YORK

the matter was being routinely investigated by the Long Beach police who were convinced that it was the work of juveniles. The doctor's office had been burglarized several weeks before and a small amount of money had been taken. On both occasions, entry had been gained through a sliding door with a faulty catch and similar break-ins in the area were also being investigated. The President's file had been dropped on the floor but there was no indication that it had been rifled or photographed. This does seem unusual to an amateur, but it was checked thoroughly by experts.

When I relayed this to Higby, I added that there was no jurisdictional basis for the FBI to enter the case. Forcefully and aggressively, he demanded that the FBI "issue a press release about the case." I said, "Mr. Higby, there is no reason for the FBI to become involved in the case and, in any event, the FBI has no authority to issue a press release except when arrests are made by the FBI." Higby argued excitedly that there must be a press release. The only promise he got from me was that I would keep him informed. But Higby did not wait for me to call him. He called me—at least fifteen times during the next ten days. My answer was always, "No." I wondered why the White House was so interested in that press release. It was not until it became known that the "Plumbers" had broken into the office of Daniel Ellsberg's psychiatrist that I began to suspect that someone at the White House, knowing that the break-in by the "Plumbers" to photograph the psychiatric records of Daniel Ellsberg was bound to be discovered, wanted to be able to show that President Nixon had also been a victim of such tactics.

By the fall of 1972, disenchantment with Gray was becoming widespread at FBI Headquarters and the feeling was spreading to the Field. Field Agents had at first welcomed Gray but it had become clear that he was making the same set speech in every Field Office and was telling the Agents what they wanted to hear. There was resentment of Gray's airing of sensitive personnel matters in the press as part of his "open window" policy. Distrust of Gray's personal staff intensified when it became apparent that their primary aim was to

advance Gray's interests, no matter what the cost to the Bureau.

Then, on November 20, 1972, Gray was hospitalized at Lawrence Memorial Hospital in New London for abdominal surgery and did not return to Washington until January 2nd, after a month of convalescing at home and at Key Biscayne, Florida. He had instructed me that during his absence I was to sign all reports and correspondence but because he had been away from Washington so frequently, his extended sick leave did not have a significant impact on the already hectic pace of my activities.

Shortly after he returned from sick leave, Gray confided to me, "You know, Mark, Dick Kleindienst told me that I might have to get rid of you. He says White House staff members are convinced that you are the FBI source of leaks to Woodward and Bernstein"—the *Washington Post* reporters who were writing up the Watergate story almost as fast as it was being investigated.

I said, "Pat, I haven't leaked anything to anybody. They are wrong!"

"I believe you," Gray answered, "but the White House doesn't. Kleindienst has told me on three or four occasions to get rid of you but I refused. He didn't say this came from higher up but I am convinced that it did."

This disclosure came as an unpleasant surprise. My contacts with Kleindienst had been frequent and friendly—there had never been the slightest indication that I was suspect. I could feel the anger rising in me but I was very appreciative of Gray's indication of support. Gray went on: "I told Kleindienst that you've worked with me in a very competent manner and I'm convinced that you are completely loyal. I told him I was not going to move you out. Kleindienst told me, 'Pat, I love you for that.'"

Startled as I was by this development, I did not want to be the one who prevented Gray from getting the permanent appointment as Director. "I certainly don't want it on my conscience that I stood in the way of your nomination. I have been thinking of retirement but I don't want it to appear that I

am leaving under pressure. I am willing to accept a transfer to the west coast as Special Agent in Charge."

"No," said Gray, "I wouldn't do that to you. How many years have you served in the FBI?"

"Thirty-one years."

Half to himself, Gray said, "I wouldn't want to do this to anyone who has served his country and the FBI so ably and loyally."

I am grateful to Pat Gray for that!

Much later, I learned that the White House had frequently complained to Kleindienst that I was "Deep Throat," the mysterious source on whom Woodward and Bernstein relied in writing their sensational stories about Watergate. No one from the Nixon White House has ever told me why I was the principal suspect but their reasoning is obvious now. I was supposed to be jealous of Gray for having received the appointment as Acting Director instead of myself. They felt that my high position in the FBI gave me access to all the Watergate information and that I was releasing it to Woodward and Bernstein in an effort to discredit Gray so that he would be removed and I would have another chance at the job. Then there were those frequent instances when I had been much less than cooperative in responding to requests from the White House which I felt were improper. I suppose the White House staff had me tagged as an insubordinate.

It is true that I would like to have been appointed FBI Director on the death of Hoover. It is not true that I was jealous of Gray. Once the die was cast, I resolved, for the good of the FBI, to help Gray in every way that I could. It is true that I frequently said "no" to the White House staff members.

I never leaked information to Woodward and Bernstein or to anyone else!

# CHAPTER SEVENTEEN

Senator Bayh is not going to believe it either.

—L. Patrick Gray III

During Patrick Gray's tenure as Acting Director of the FBI, there were frequent areas in which he and I had differences of opinion. Two were of particular significance. Looking back on it, I can't be sure that Gray ever really accepted the fact that J. Edgar Hoover did not have extensive personal files into which he crammed all kinds of material with which to blackmail Presidents, Attorneys General, and other Government officials. At least he stopped talking to me about it and I assumed he believed me. But Gray and I never agreed on his decision to recruit women Agents, or on his manner of arriving at that decision and of announcing it.

*The "Secret Files"*

David Wise, a severe critic of the FBI, wrote in his book, *The American Police State:* "The FBI maintains intelligence dossiers on hundreds of thousands of American citizens. Since 1939, the FBI has compiled more than 500,000 dossiers on Americans." He was referring to a portion of the general files—not Hoover's personal files—of which there are more than six and one half million at FBI headquarters.