

# Premiere Speakers Bureau

Find a Speaker     Event Resources     My Premiere     About Us



## John D. O'Connor

**Succesful Attorney and Author of *A G-Man's Life: The FBI, Being Deep Throat, and the Struggle for Honor in Washington***

John O'Connor is a director in a Litigation Group. His practice focuses on product liability, intellectual property and business tort litigation. He is listed as a *2004 Northern California Super Lawyer* by the *Northern California Super Lawyers Magazine* (a publication in conjunction with *Law and Politics* and *San Francisco Magazine*).

Mr. O'Connor has tried over 60 jury and court cases, the great majority of moderate to great complexity, including product liability, professional liability, directors and officers liability, white-collar crime, fraud, contract, civil RICO, trade secret, unfair competition, antitrust, labor and employment practices, civil rights, insurance coverage and bad faith, construction, real estate, defamation and government liability. He was twice featured as "Litigator in Profile" by Verdicts and Settlements magazine for excellence in defense of complex jury cases.

At Howard Rice, Mr. O'Connor has been selected by R.J. Reynolds Tobacco Company to be its lead counsel in several significant smoking and health cases, thus far achieving pretrial a judgment of dismissal with prejudice in each completed action. He has also garnered significant settlements on behalf of agrrieved investors and financial service clients.

Concentrating on highly-contentious factual disputes likely to be tried by jury, Mr. O'Connor has represented high-tech, biotech, sports, advertising and insurance industry clients, as well as high net worth individuals.

While Assistant United States Attorney, Mr. O'Connor wrote all state of mind and Fifth Amendment briefs in United States v. Patricia Hearst, and was lead attorney in prosecution of both civil and criminal cases arising out of the energy crises of the Ford and Carter administrations. He as well successfully tried a significant number of diverse criminal prosecutions and civil actions on behalf of the United States.

At his previous firm, Mr. O'Connor was one of the nation's principal attorneys selected to represent the government regarding failed or failing financial institutions, including banks, savings and loans, and credit unions, on behalf of the Federal Deposit Insurance Corporation, Federal Savings and Loan Insurance Corporation, Resolution Trust Corporation and National Credit Union Administration.

Mr. O'Connor successfully represented California Attorney General Dan Lungren in litigation over claimed falsity of campaign advertisements during the 1990 general election, and won on behalf of Coach Don Nelson a vigorously contested $2.2 million dispute with the Golden State Warriors before an NBA-appointed arbitrator. Additionally, he successfully defended several nationally-significant mass tort actions, including DFS, asbestos, windmill investors and prisoner civil rights litigation.

Recent examples of Mr. O'Connor's successful representation of his clients include the following favorable verdicts:
- Defense verdict in a Northern California products liability action against a brake manufacturer, involving the death of both parents and serious injuries to two surviving children

### Check Availability
Your Name:
Organization:
Email:
Phone:
Date of Event:

☐ Send me your 2006

[Check]

(or **request mor**

### Key Information
Keynote fee    Please

John travels from San Fr

He requires first class air person.
Why is thi

### Reviews
Be the first to **write a re** D. O'Connor.

### Preview Video
Video of John O'Connor
**Watch HIGH bandwid**
**Watch LOW bandwidt**

** Speaker fees often vary ba of presentation, location of ev factors. Typically, travel and additional costs above speak call or click 'Request More In an exact fee for your event a: expense requirements of spe interest.

- A directed defense verdict at the close of all evidence in a Sherman Act antitrust attempted monopolization case tried in U.S. District Court (E.D. Cal.)
- A defense verdict in U.S. District Court (W.D. Pa.) in favor of a major sports camp operator and its athletic shoe/apparel sponsor in a claim for breach of contract, fiduciary duty and fraud brought by joint venturer/partner in regional sports camps
- Defense verdicts in four civil RICO/fraud cases consolidated for trial in U.S. District Court (N.D. Cal.) brought against franchisor by franchisees
- In defense of an $8 million product defect/construction delay suit by general contractor and designer of container cranes, successfully held the damage verdict against the subcontractor to $1.25 million, while obtaining a cross-complaint verdict of $2.9 million for negligent design and fraud in the bidding process
- Defense verdict in San Francisco suit against large insurance broker brought by paraplegic girl and business owner/mother for failure to procure appropriate insurance coverage as represented
- Defense verdict in unfair competition/trade secret/breach of fiduciary duty action in U.S. District Court (N.D. Cal.) against three departing key employees; won verdict in their favor of $1.3 million on counterclaim for defamation and breach of contract
- Verdict of $3.6 million for defamation against larger insurer

Previous work experience includes: Associate, Belli, Ashe, Choulos, Ellison & Lieff, 1972-73; Assistant United States Attorney, Northern District of California, 1974-79; Senior Associate, Brobeck, Phleger & Harrison, San Francisco, 1980-81; Partner, Tarkington, O'Connor & O'Neill, San Francisco, 1982-2001.

*Education and Honors*

- J.D., University of Michigan (Order of the Coif; Associate Editor, *Michigan Law Review*, 1971-72), 1972
- A.B., Notre Dame University (*magna cum laude*, Political Science), 1968

*Memberships*

- State Bar of California
- American Bar Association, Litigation Section
- San Fancisco Bar Association
- Olympic Club
- Family Club
- Lagunitas Club

# Speech Topics

Deep Throat and The Deep Secrets of Watergate: How Mark Felt's Heroism Is So Important Today

San Francisco trial lawyer John O'Connor stunned the world on May 31, 2005, when he announced, through his Vanity Fair article, that his client Mark Felt was Washington Post reporter Bob Woodward's legendary source Deep Throat. Since then John has co-authored the authoritative book on Deep Throat, entitled *A G-Man's Life: The FBI, Being Deep Throat, and the Struggle for Honor in Washington* and has obtained a movie contract with Universal Studios for Playtone Productions, Tom Hanks' production company. A former federal prosecutor with an encyclopedic knowledge of Watergate, John knows intimately the inside, little understood, but fascinating story of Deep Throat's motivation, methods and impact upon the most important political story in modern history. He as well can relate the absorbing personal tale both of tragedies Mark endured because of his courageous actions and also of the warm redemption he recently experienced as a result. John will show how Mark's form of quiet, conscientious heroism is critical today to both principled government and to honest business dealings. More importantly, he will show how this heroism often leads a business executive to a consistent, purposeful and fulfilling life, even though, or perhaps because, this heroism will generally go unrewarded and unrecognized, like that of Deep Throat. A dynamic, humorous and entertaining speaker, John will bring to life an exciting era of our nation's history, tailored to the interests of the audience, including many fascinating and little-known aspects of the subject.
- Why Mark Felt needed to go "out of the box" to become Bob Woodward's secret source
- How Mark Felt helped Bob Woodward expose Watergate, and how the key element of this assistance has been largely ignored by modern journalism.
- How Mark Felt fought terrorism while still protecting our civil liberties.
- How Mark Felt was victimized by his most honorable and courageous acts.

- What governmental institution was most responsible for the Watergate cover-up, yet largely escaped blame.
- How the CIA successfully covered up its involvement in Watergate and related activities.
- Why Mark Felt wished never to have his role revealed, and why he finally acknowledged his identity.

© Copyright 2004-2006 Premiere Speakers Bureau - Last updated Sunday, September 10, 2006
**Motivational Speakers** and **Keynote Speakers** for Every Event!
Phone (615) 261-4000, Fax (615) 261-2108
Sitemap