Hoosier moves ahead with book on Deep Throat



June 30, 2005

# Hoosier moves ahead with book on Deep Throat

By Susan Guyett
susan.guyett@indystar.com
June 30, 2005

What do you get when you take 33 years in the legal profession, mix it with street smarts gained around 42nd Street and College Avenue, and add a dash of Irish Catholic stubbornness?

You get John D. O'Connor, the man who unlocked the mystery of Deep Throat, the confidential Watergate informer who helped topple President Nixon. O'Connor's article in the July issue of Vanity Fair revealed Deep Throat to be former FBI official W. Mark Felt.

O'Connor, 58, practices law in California, but was born and raised in Indianapolis. He's a graduate of Cathedral High School and the University of Notre Dame.

A Republican in a family of Democrats, O'Connor is no stranger to big legal cases. He helped prosecute heiress Patty Hearst and has battled on behalf of tobacco company giant R.J. Reynolds.

Still, he considers his work with the 91-year-old Felt his most important case.

"I've been practicing law for 33 years, and if this is the only good thing that I've done, then all 33 years are worth it," he said in a recent phone interview.

What started as a casual conversation three years ago with Felt's grandson Nick Jones turned into a legal and journalistic journey that's still being played out. The Vanity Fair article ended the 30-year-old Watergate mystery. More recently came contracts for a book and a movie deal with Universal Pictures and Tom Hanks' production company.

O'Connor bristles over the suggestion that the Felt family is trying to cash in. Throughout the process, the family rejected opportunities to get quick payouts. They weighed various book and movie offers before making their choice.

"I just don't listen to what anybody says about this. We're doing things the right way," O'Connor said. "We're going to have a hero's story told credibly and reputably, and I hope it works out well for everybody."

The book, to be published by PublicAffairs, will combine Felt's diaries, memoirs (some published, some not) and additional interviews.

Felt will contribute to the book to the best of his ability. "He's better on the big ideas, especially when you catch him on a really good day," O'Connor said. Felt may not remember specific conversations, but "he will give you some interesting insights about the way he felt towards different things and different issues."

The book will be co-written with Steven Strasser, a former senior editor of Newsweek who worked on the best-seller "9/11 Investigations."

It's quite possible that O'Connor will show up in the movie, considering the role he played in bringing Mark Felt's story to light. He hasn't given much thought to who would play him on the silver screen, but his wife, Janet, joked that Ed Asner might be just the guy. Those decisions are out of his hands.

"I don't want to insert myself in the story such that Mark's heroism is in any way diminished," he said.

http://www.indystar.com/apps/pbcs.dll/article?Date=20050630&Category=LIVING&ArtNo=506300419&...