

THE RESOLUTION EXPERTS

# COMMENCEMENT OF ARBITRATION

June 27, 2006

Via U.S. Mail & Facsimile

NOTICE TO ALL PARTIES
(Please See Service List)

RE: **Felt, W. Mark vs. deToledano, Ralph**
Reference #: 1100047701

Dear Parties:

This confirms that JAMS has received a Demand for Arbitration in the above-referenced matter. The date of commencement of this arbitration is the date of this letter.

Pursuant to the parties' arbitration agreement and JAMS' policy, it is my understanding that this arbitration shall be conducted in accordance with JAMS Streamlined Rules Rules. All arbitrations at JAMS are conducted in accordance with the attached Fee Schedule and Arbitration Administrative Policies regarding payment of fees, document retention, and limitations of liability. It is important to familiarize yourself with the arbitration rules and the JAMS Arbitration Administrative Policies.

Pursuant to the applicable arbitration rules and using the enclosed list of available Arbitrators, the parties are hereby encouraged to mutually agree to an arbitrator.

Resumes are available on our website www.jamsadr.com or by contacting me.

If the parties are unable to mutually agree to an arbitrator, then using the following list of arbitrator candidates each party may strike one (1) name(s) and rank the remaining candidates in order of preference. The deadline for return or your strike-list is close of business **on July 7, 2006:**

      Hon. Charles A. Legge (Ret.)
      Lester J. Levy, Esq.
      Hon. Fern M. Smith (Ret.)



Felt, W. Mark vs. deToledano, Ralph
1100047701
June 27, 2006
Page 2

THE RESOLUTION EXPERTS

If a party fails to respond to the list of arbitrator candidates in a timely manner, that party shall be deemed agreeable to all the proposed candidates. JAMS will then confirm the appointment of the arbitrator and begin scheduling. If the parties are unable to agree on a date and time, the arbitrator shall determine those issues.

Each party will be assessed a pro-rata share of JAMS' fees and expenses as set forth in the enclosed Fee Schedule in effect at the time of the commencement of the arbitration. The parties may, however, agree to apportion the fees among themselves as they deem appropriate. Under appropriate circumstances, the arbitrator may award against any party JAMS' fees and expenses. JAMS' agreement to render services is not only with the parties, but extends to the attorney or other representative of the parties in arbitration.

Please contact me directly at 415-774-2608 should you have any questions, or if I may be of further assistance.

Sincerely,


Ellen Ruth Schuster
Senior Case Manager
eschuster@jamsadr.com


%%Commencement-Strike-Streamlined.rtf

## PROOF OF SERVICE BY FACSIMILE & U.S. MAIL

I, Nicole Demmon, not a party to the within action, hereby declare that on June 27, 2006 I served the attached Commencement of Arbitration on the parties in the within action by facsimile and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at San Francisco, CALIFORNIA, addressed as follows:

| | |
|---|---|
| John D. O'Connor Esq.<br>Howard Rice Nemerovski Canady Falk & Rabkin<br>Three Embarcadero Center<br>7th Fl.<br>San Francisco, CA 94111-4065  USA | J. Brian DeBoice Esq.<br>Cohn & Marks<br>1920 N Street, N.W.<br>Suite 300<br>Washington, DC 20036-1622  USA |

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on June 27, 2006.

_____
Nicole Demmon
JAMS The Resolution Experts



THE RESOLUTION EXPERTS

# JAMS ARBITRATION ADMINISTRATIVE POLICIES

### I. Fees for the Arbitration

The Parties and their attorneys agree to pay JAMS for the arbitration as set forth in the Fee and Cancellation Policy attached to and incorporated in this Agreement. JAMS' agreement to render services is jointly with the Party and attorney or other representative of the Party in Arbitration.

Unless otherwise agreed by JAMS, the Parties agree that they are liable for and agree to pay their portion of JAMS' fees and expenses and for all time spent by the arbitrator, including any time spent in rendering services before or after the arbitration hearing. The Parties agree to pay all invoices received prior to the hearing in advance of the arbitration hearing. If such fees have not been paid prior to the arbitration hearing, the Party or Parties that have not paid remain liable for such fees. The Parties agree that JAMS may cancel an arbitration hearing and will not deliver the arbitrator's decision to any Party without full payment of all invoices.

### II. Records

JAMS does not maintain a duplicate file of documents filed in the Arbitration. If the parties wish to have any documents returned to them, they must advise JAMS in writing within 30 days of the conclusion of the Arbitration. If special arrangements are required regarding file maintenance or document retention, they must be agreed to in writing and JAMS reserves the right to impose an additional fee for such special arrangements.

### III. Disqualification of the Arbitrator and JAMS as Witness/Limitation of Liability

The Parties have agreed or hereby agree that they will not call the arbitrator or any employee or agent of JAMS as a witness or as an expert in any proceeding involving the Parties and relating to the dispute which is the subject of the arbitration, nor shall they subpoena any notes or other materials generated by the arbitrator during the arbitration. The Parties further agree to defend the arbitrator and JAMS and its employees and agents from any subpoenas from outside Parties arising out of this Agreement or arbitration.

The Parties agree that neither the arbitrator nor JAMS, including its employees or agents, is a necessary Party in any proceeding involving the participants and relating to the dispute which is the subject of the arbitration. The Parties further agree that the arbitrator and JAMS, including its employees or agents, shall have the same immunity from liability for any act or omission in connection with the arbitration as judges and court employees would have under federal law.

### IV. Party

The term "Party" as used in these Policies includes Parties to the Arbitration and their counsel or representative.



TWO EMBARCADERO CENTER  SUITE 1500  SAN FRANCISCO, CA 94111   tel 415-982-5267   fax 415-982-5287



# Arbitration Fee Schedule
### Hon. Fern M. Smith (Ret.)

## PROFESSIONAL FEES

**Daily Rate** .................................................................. **$6,000**
Includes up to 8 hours of hearing time on the scheduled day and up to 2 hours of reading and research time

**Half Day Rate** ............................................................. **$3,000**
Includes up to 4 hours of hearing time on the scheduled day and up to 1 hour of reading and research time

- Additional hearing time, including reading and research and follow-up calls after the hearing, will be billed at the rate of $600 per hour.
- All travel expenses will be billed at actual cost.

## NON-REFUNDABLE CASE MANAGEMENT FEE

| Hearing Length | Fee |
| --- | --- |
| 1 day or less (up to 10 hours of professional time) | $300 per party |
| 2 days (up to 20 hours of professional time) | $600 per party |
| 3 days (up to 30 hours of professional time) | $900 per party |
| 4 days or more | 10% of professional fees |

- Professional fees include time spent for hearings, pre- and post-hearing reading and research, and award preparation.
- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, use of JAMS conference facilities including after hours and on-site business support including local phone service, internet access, and fax and copying capabilities.
- The Case Management Fee is reassessed on cases that continue beyond originally scheduled professional time.

## CANCELLATION/CONTINUANCE POLICY

| Hearing Length | Cancellation/Continuance Period | Fee |
| --- | --- | --- |
| 1 day or less | 14 days or more prior to hearing | 100% REFUNDABLE except for any time incurred |
| 2 days or more | 30 days or more prior to hearing | 100% REFUNDABLE except for any time incurred |
| 3 days or more | 45 days or more prior to hearing | 100% REFUNDABLE except for any time incurred |
| Hearings of any length | Inside the cancellation/continuance period | NON-REFUNDABLE |

Fees due within 72 hours of invoicing

- Unused session time is non-refundable.
- Hearing fees are non-refundable if time scheduled (or a portion thereof) is cancelled or continued within the cancellation period unless the Arbitrator's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced. In all cases involving non-refundable time, the party causing the continuance or cancellation is responsible for the fees of all parties.
- A retainer for anticipated preparation and follow-up time will be billed to the parties. Any unused portion will be refunded.
- All fees are due and payable upon receipt of invoice and payment must be received in advance of hearing. JAMS reserves the right to cancel your hearing if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.
- Receipt of payment for all fees is required prior to service of an arbitration award that the Arbitrator has rendered.
- For arbitrations arising out of employer-promulgated plans, the only fee that an employee may be required to pay is the $300 per party fee for a one-day case. The employer must bear the employee's share of any increased CMF. Any questions or disagreements about whether a matter arises out of an employee-promulgated plan or an individually negotiated agreement or contract will be determined by JAMS, whose determination shall be final.
- For arbitrations arising out of pre-dispute arbitration clauses between companies and individual consumers, JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses, Minimum Standards of Procedural Fairness applies. In those cases, when a consumer (as defined by those Minimum Standards) initiates arbitration against the company, the only fee required to be paid by the consumer is $125. All other fees must be paid by the company.

JAMS agreement to render services is with the attorney, the party and/or other representatives of the party.

San Francisco • San Jose • Santa Rosa • Walnut Creek • Sacramento
www.jamsadr.com • Updated 04/01/06

