United States District Court
for the District of Columbia

| | |
|---|---|
| Ralph deToledano, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>John D. O'Connor, Esq., )<br>William Mark Felt, Jr., and )<br>William Mark Felt, Sr. )<br>)<br>Defendants. ) | Civil Action No. 1:06cv01214 (JDB) |

**MOTION TO STAY ARBITRATION PROCEEDING**

Plaintiff, by counsel, moves this Court for an order staying the arbitration proceeding initiated on May 10, 2006 by defendants John O'Connor and W. Mark Felt, Sr., before "JAMS/Endispute" in San Francisco, California, and that defendants stay dismiss (with or without prejudice), or take no further action in furtherance of, such arbitration proceeding. This motion is based on the Memorandum Opposing Defendants' Motion to Stay Action Pending Arbitration, the declarations of Ralph deToledano and Theodore S. Allison, and Exhibits A through K, in support thereof.

Plaintiff requests a hearing on this motion.

Respectfully submitted,

Karr & Allison, P.C.

_____
Theodore S. Allison (#441089)
1920 N Street, N.W., Suite 300
Washington, D.C. 20036
Telephone: (202) 331-7600

Attorneys for plaintiff

1