United States District Court
for the District of Columbia

| | | |
|---|---|---|
| Ralph deToledano, an individual, | ) | |
| | ) | Civil Action No. 1:06cv01214 (JDB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John D. O'Connor, Esq., | ) | |
| William Mark Felt, Jr., and | ) | |
| William Mark Felt, Sr. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

THE COURT having considered the motion of plaintiff for an order staying the arbitration proceeding initiated on May 10, 2006 by defendants John O'Connor and W. Mark Felt, Sr., and the opposition of defendants, and the motion of defendants John O'Connor and W. Mark Felt, Sr. to stay this action pending arbitration, and the opposition of plaintiff, and being informed in the premises,

IT IS ORDERED, that the arbitration proceeding initiated by defendants John O'Connor and W. Mark Felt, Sr. against plaintiff, before JAMS/Endispute in San Francisco, California, be stayed until the conclusion of this action, and that defendants provide prompt notice of this order to JAMS/Endispute, and take such further action as is necessary to stay or dismiss (with / without prejudice) such arbitration proceeding.

IT IS SO ORDERED.

Dated:                                                    _____
                                                          UNITED STATES DISTRICT JUDGE

1