CHARLES B. ABRAMS, M.D., P.C., ACE LIPSON, M.D., P.C.

CHARLES B. ABRAMS, M.D.
INTERNAL MEDICINE
GASTROENTEROLOGY

ACE LIPSON, M.D., F.A.C.P.
INTERNAL MEDICINE
ENDOCRINOLOGY
DIABETES

1120 19TH STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036-3615
(202) 296-3443

October 24, 2006

Re: Ralph De Toledano

To Whom It May Concern:

Mr. De Toledano is a patient under my care. He suffers from multiple issues including extreme anemia secondary to myelodysplasia and extensive metastatic prostate cancer. He will most likely need blood transfusions.

I strongly recommend that he not travel until he is stable, which cannot be determined at this time.

If you have any questions regarding this matter please call my office at (202) 296-3443.

Sincerely,

Charles B. Abrams, M.D.