**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Ralph deToledano, an individual, | ) | |
| | ) | Civil Action No. 1:06CV01214 (JDB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John D. O'Connor, | ) | |
| William Mark Felt, Jr., and | ) | |
| William Mark Felt, Sr., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE ADDITIONAL
EXHIBIT IN OPPOSITION TO ARBITRATION
AND CHANGE OF VENUE**

Plaintiff, by counsel, respectfully seeks leave to submit a supplemental exhibit to his memorandum in opposition to defendants' motion to stay action pending arbitration, or for transfer of venue. The exhibit, attached, is a one-page letter from his physician which explains plaintiff's inability to travel for the indefinite future.

Wherefore, plaintiff respectfully requests the attached exhibit be accepted for filing, and considered by the Court in opposition to defendants' motion to stay action pending arbitration, or for transfer of venue.

Respectfully submitted,

_____
Theodore S. Allison (D.C. Bar #441089)
1920 N Street, N.W., Suite 300
Washington, D.C.  20036
Telephone (202) 331-7600