United States District Court
for the District of Columbia

| | |
|---|---|
| Ralph deToledano, an individual, ) | |
| ) | Civil Action No. 1:06cv01214 (JDB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| John D. O'Connor, Esq., ) | |
| William Mark Felt, Jr., and ) | |
| William Mark Felt, Sr. ) | |
| ) | |
| Defendants. ) | |

**Suggestion of Death**

The clerk will please note that the plaintiff, Ralph deToledano, died on February 3, 2007.

This action is expected to proceed in the name of the personal representative of the Estate of Ralph deToledano, in accordance with Fed.R.Civ.P. 25, or as the Court may order.

    Respectfully submitted,

    Karr & Allison, P.C.

By: _____/ s /_____
    Theodore S. Allison (D.C. Bar #441089)
    1920 N Street, N.W., Suite 300
    Washington, D.C. 20036
    Telephone (202) 331-7600

    Attorneys for Plaintiff