**Declaration of Theodore S. Allison**

I, Theodore S. Allison, declare:

1. I am over the age of 18, and am an attorney with the law firm of Karr & Allison, P.C. I am admitted to practice before this Court, and the highest courts of the District of Columbia, Maryland, Virginia, California and Washington. All of the matters stated in this declaration are true and within my personal knowledge, and if called as a witness, I could and would testify to all of the same under oath.

2. I represented Ralph deToledano in this action prior to his death. Mr. deToledano died on February 3, 2007. I have been engaged by the personal representatives of Mr. deToledano's estate, James Toledano and Paul Toledano, to continue this action on their behalf, as legal representatives entitled to pursue the claims herein. I have been authorized by them to file a motion to substitute the estate, and each of them as legal representatives of Mr. deToledano, as the plaintiffs in this action. Based on my interviews with Ralph deToledano, James Toledano, Paul Toledano, and their probate lawyer, and on my review of the relevant documents, no other person has any right to pursue the claims which I initiated on behalf of Ralph deToledano.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 11, 2007, at Washington, D.C.

_____
Theodore S. Allison