**Declaration of Jeffrey Kolender**

I, Jeffrey Kolender, declare:

1. I am over the age of eighteen (18) years, and am an attorney with the law firm of Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd., in Bethesda, Maryland. I am admitted to practice in Maryland and the District of Columbia. All of the matters stated in this declaration are true and within my personal knowledge, and if called as a witness, I could and would testify to all of the same under oath.

2. My firm represented Ralph deToledano ("Mr. deToledano") in the preparation of his Last Will and Testament, executed January 11, 2007. Mr. deToledano died on February 3, 2007. I have been engaged by his sons, James Toledano and Paul Toledano, as Personal Representatives, to probate Mr. deToledano's Estate. I participated in preparing and filing the petition for probate of Mr. deToledano's Will in the District of Columbia Superior Court. On March 23, 2007, the District of Columbia Superior Court and Register of Wills issued letters of administration to James Toledano and Paul Toledano, a true copy of which is attached hereto.

3. The Estate of Ralph deToledano contains the intangible assets held by Mr. deToledano as of his death. In taking a preliminary inventory of the Estate of Ralph deToledano, I have determined that any rights held by Mr. deToledano in the work of authorship entitled <u>The FBI Pyramid From the Inside</u>, registered with the U.S. Copyright Office February 4, 1980 (reg. no. TX-405-597), and published by Putnam in 1980, are assets of the estate. In addition, any legal claims Mr. deToledano held as of the date of his death are assets of the estate. Such assets include any causes of action against any person, including claims for fraud, rescission, copyright infringement, conversion of copyright, and declaratory relief. All such assets have been reported to the District of Columbia Superior Court and Register of Wills, in the preliminary petition, as

assets of the estate.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 11, 2007, at Bethesda, Maryland.

*[signature]*
Jeffrey Kolender