

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Probate Division
Washington, D.C. 20001

Administration No. __2007 ADM 000317__

## LETTERS OF ADMINISTRATION

To all persons who may be interested in the Estate of

__RALPH DE TOLEDANO_____ , deceased:

Administration of the Estate of the deceased has been granted on __March 23, 2007__

to __JAMES TOLEDANO, and PAUL TOLEDANO, Personal Representatives__

(and the will of the deceased was probated on __March 23, 2007_____ ).

This administration ☐ is  ☒ is not  subject to the continuing supervision of the Court.

The powers of the personal representative ☒ are not limited  ☐ are limited as follows:

_____
_____
_____
_____

The appointment is in full force and effect as of this date.

WITNESS:

*[signature]*

DATE: __March 23, 2007__

_____
Register of Wills
Clerk of the Probate Division

**NOTE: Document Invalid Without Embossed Court Seal**