United States District Court
for the District of Columbia

| | |
|---|---|
| Ralph deToledano, an individual, ) | |
| ) | Civil Action No. 1:06 cv 01214 JDB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| John D. O'Connor, Esq., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER OF SUBSTITUTION (Fed.R.Civ.P. 25)**

THE COURT having considered the motion to substitute the personal representatives of the estate of Ralph deToledano as plaintiffs in this action, pursuant to Fed.R.Civ.P. 25, and good cause appearing therefor,

IT IS ORDERED that the motion be, and hereby is, granted.


Dated: _____          _____
                                       UNITED STATES DISTRICT JUDGE