IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ralph deToledano, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>John D. O'Connor, Esq., et al,<br><br>　　　　　　Defendant. | Civil Action No. 1:06-cv-01214 JDB |

## DEFENDANTS JOHN D. O'CONNOR AND MARK FELT, SR. COUNSEL'S CHANGE OF ADDRESS

I, Kerrie L. Campbell, Esquire, as an attorney of record in the above-captioned case, hereby give notice that I have changed law firms and that my address has changed. As of August 16, 2007, please send all materials related to this case to me at:

**Manatt, Phelps & Phillips, LLP**
**700 12th Street, N.W., Suite 1100,**
Washington, DC 20005
Phone: (202) 585-6500
Fax:  202-585-6600
e-mail:  kcampbell@manatt.com

Respectfully submitted,

Dated: August 16, 2007　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　Kerrie L. Campbell, Esquire
　　　　　　　　　　　　　　　　　DC Bar No. 421289

　　　　　　　　　　　　　　　　　Manatt, Phelps & Phillips, LLP
　　　　　　　　　　　　　　　　　700 12th Street, N.W., Suite 1100
　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　(202) 585-6500
　　　　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　　　　John D. O'Connor, Esq.
　　　　　　　　　　　　　　　　　Mark Felt Sr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2007 a copy of the attached **DEFENDANTS JOHN D. O'CONNOR AND MARK FELT, SR. COUNSEL'S CHANGE OF ADDRESS** were caused to be served by facsimile and first-class mail, postage prepaid upon Theodore S. Allison, Karr & Allison, P.C., 1300 19th Street, N.W. Suite 402, Washington, D.C. 20036.

_____/s/_____
Kerrie L. Campbell

(No. )

2