UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES TOLEDANO,
as personal representative of the Estate of
Ralph deToledano, et al.,

    Plaintiffs,

    v.

JOHN D. O'CONNOR, et al.,

    Defendants.

Civil Action No. 06-1214 (JDB)

## ORDER

Upon consideration of [7] defendants Felt Sr. and O'Connor's motion to stay and to transfer venue, [10] plaintiffs' motion to stay arbitration, [14] plaintiffs' motion for leave to file supplemental exhibit, the [16] motion filed by the personal representatives of the estate of Ralph deToledano to substitute party pursuant to Federal Rule of Civil Procedure 25, and the entire record herein, and for the reasons stated in the memorandum opinion to be issued on this date, it is this 17th day of August, 2007, hereby

    **ORDERED** that defendants' motion to stay is **GRANTED IN PART AND DENIED IN PART**; it is further

    **ORDERED** that defendants' motion to transfer venue is **DENIED**; it is further

    **ORDERED** that plaintiffs' motion to stay arbitration is **DENIED**; it is further

    **ORDERED** that plaintiff's motion to file supplemental exhibit is **DENIED AS MOOT**;

it is further

      **ORDERED** that the motion to substitute party is **GRANTED**; it is further

      **ORDERED** that James Toledano and Paul Toledano, acting as personal representatives of the Estate of Ralph deToledano, are hereby **SUBSTITUTED AS PLAINTIFFS**; and it is further

      **ORDERED** that this action is **STAYED** pending arbitration of plaintiffs' claims against Felt Jr. and Felt Sr.

      **SO ORDERED.**

                                              /s/ John D. Bates
                                             JOHN D. BATES
                                    United States District Judge