UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH deTOLEDANO,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN D. O'CONNOR, *et al.*,<br><br>    Defendants. | CASE NO. 1:06cv01214 |

### SUGGESTION OF DEATH

COMES NOW Timothy J. McEvoy, counsel for Defendant Mark Felt, Jr. and files this Suggestion of Death for Mark Felt, Jr., who died on or about June 20, 2007, in Gainesville, Florida.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Timothy J. McEvoy, Esquire (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Craig J. Franco, Esquire
　　　　　　　　　　　　　　　　　　Odin, Feldman & Pittleman, P.C.
　　　　　　　　　　　　　　　　　　9302 Lee Highway, Suite 1100
　　　　　　　　　　　　　　　　　　Fairfax, Virginia 22031
　　　　　　　　　　　　　　　　　　(703) 218-2149
　　　　　　　　　　　　　　　　　　(703) 218-2160 (Facsimile)

　　　　　　　　　　　　　　　　　　Counsel for Defendant Mark Felt, Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served via electronic filing with the Clerk of Court and to counsel via the CM/ECF system this 6th day of September, 2007, to:

Theodore K. Allison, Esquire
1920 N Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Plaintiff

Kerrie L. Campbell, Esquire
700 12th Street, N.W., Suite 1100
Washington, D.C. 20005
Counsel for Defendants John O'Connor and Mark Felt, Sr.

_____
Craig J. Franco

#846110v1   Suggestion of Death   48131/00001