United States District Court
for the District of Columbia

| | |
|---|---|
| Ralph deToledano, an individual, ) | |
| ) | Civil Action No. 1:06 cv 01214 JDB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| John D. O'Connor, Esq., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER ENLARGING TIME**

THE COURT having considered the consent motion of plaintiff to enlarge time for filing a motion pursuant to Fed.R.Civ.P. 25 to substitute a party defendant for defendant Mark Felt, Jr., deceased, and good cause appearing therefor,

IT IS ORDERED that the motion be, and hereby is, granted, and that the time for filing a motion by any party to substitute a party for W. Mark Felt, Jr. be and hereby is enlarged to and including the 30th day after entry of an order lifting of the stay in this action for all purposes.

Dated: _____   _____
                                 UNITED STATES DISTRICT JUDGE

1